UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 07-45

ROBERT REEDER                               SECTION: R

### ORDER AND REASONS

Before the Court is defendant Robert Reeder's motion for retroactive application of the Sentencing Guidelines to crack offenses.[1] On August 15, 2007, Reeder pleaded guilty to possession of crack cocaine, among other offenses.[2] Reeder's original sentence of 78 months was reduced to 63 months on June 27, 2008 and then further reduced to 60 months, the mandatory minimum at the time of sentencing, on January 17, 2012.

Defendant claims that under the Supreme Court's recent decision, *Dorsey v. United States*, 132 S.Ct. 2321 (2012), his sentence should be reduced to reflect the new United States Sentencing Guidelines range for his offense. In *Dorsey*, the Court held that the lower minimums of the Fair Sentencing Act applied retroactively to individuals who committed offenses before August 3, 2010, when the Fair Sentencing Act took effect, and were sentenced after that date. 132 S.Ct. at 2335. Reeder, however, was sentenced on August 15, 2007, before the Fair Sentencing Act

---

[1] R. Doc. 69, 72.

[2] R. Doc. 39.

took effect. Thus, the Act's lower minimums are inapplicable, and the Court cannot reduce Reeder's sentence below 60 months. The Court therefore denies defendant's motion.

New Orleans, Louisiana, this 7th day of December, 2012.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE